

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Quentin Cole Armstrong, Jr., | § | No. 08-16-00223-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| Paul C. Armstrong, | § | of Reeves County, Texas |
| Appellee. | § | (TC# 14-10-20808-CVR) |
| | § | |

# O R D E R

The Court GRANTS, the Appellant's Motion to Continue the June 8, 2017 submission and oral argument setting. This case will be rescheduled at a later date.

IT IS SO ORDERED this 6th day of June, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.